# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CORRECT TRANSMISSION LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:21-cv-690-LCB |
| | ) |
| **ADTRAN INC** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The undersigned is hereby **DISQUALIFIED** from this matter. The Clerk is directed to reassign this case.

**DONE** and **ORDERED** this October 17, 2025.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE